## IN THE CIRCUIT COURT OF MILLER COUNTY ARKANSAS

LAVADA LEWIS, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATRIX OF THE
ESTATE OF PEARLIE MAE EASTER MARSHALL,
DECEASED, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
PEARLIE MAE EASTER MARSHALL               PLAINTIFF

VS.                                        CASE NO. CV-2006-359-3

UNION PACIFIC RAILROAD
COMPANY, JAMES GORDON,
PERCY BEVERLY, JR., JAMES JOHNSON,
AND JAMES BROWN, JR.                       DEFENDANT

Plaintiff's Attorney:
The Cochran Firm Jackson
Vicki L. Gilliam
One Jackson Place
Suite 777
188 East Capitol Street
Jackson, MS 39201

### THE STATE OF ARKANSAS TO DEFENDANT:
### UNION PACIFIC RAILROAD COMPANY

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached Complaint.

2. The attached Complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the Complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

    A.    It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

    B.    It must be filed in the court clerk's office within 20 days from the

day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional Notices:

Witness my hand and the seal of the court this

9-13-06
(date)
Address of Clerk's Office:

Judy H. Langley
Miller County Circuit Clerk
109 Courthouse
400 Laurel Street
Texarkana, AR 71854

[SEAL]

Wanda J. Davis
Clerk