IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAVADA LEWIS, Individually                                                                PLAINTIFFS
and as Special Administratrix of
the Estate of Pearlie Mae Easter Marshall,
Deceased, and on behalf of the
Wrongful Death Beneficiaries of
Pearlie Mae Easter Marshall

VS.                                       CASE NO. 06-CV-4092

UNION PACIFIC RAILROAD
COMPANY, JAMES GORDON,
PERCY BEVERLY, JR., JAMES
JOHNSON, and JAMES BROWN, JR.                                                             DEFENDANTS

## ORDER

Before the Court is the Parties' Agreed Motion to Stay Proceedings. (Doc. 10). The parties jointly seek relief from pretrial scheduling deadlines in order to finalize a tentative settlement agreement in this case.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Agreed Motion to Stay Proceedings should be and hereby is **GRANTED**. All deadlines are hereby lifted until further notice issues from this Court. In the event the parties are able to reach settlement, a joint motion seeking dismissal by stipulation should be filed.

**IT IS SO ORDERED**, this 16th day of January, 2007.

                                                                                       /s/Harry F. Barnes
                                                                                Hon. Harry F. Barnes
                                                                          United States District Judge